FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 MAY -4  PM 4:19

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Case Number:4:04CR3107 |
| ) | |
| STACEY BURLING, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion under Seal, filings _____. The Court, being fully advised of the premises, finds that said motion should granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3 (c) and(d), the Clerk shall file defendant's Motion under seal.

DATED this 4 day of May, 2005.

BY THE COURT:

*[signature]*