IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STACEY V. BURLING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's motion for issuance of subpoenas in forma pauperis (filing 51) is granted;

(2)    As to the subpoenas requested in filing 51, the defendant is relieved of any obligation to pay for the costs of said subpoenas; the witness fees, travel expenses and subsistence will be paid by the United States; and the subpoenas shall be served by the United States Marshal Service.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge